UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHRISTOPHER L. SCRUGGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 3:16-cv-722 |
| vs. ) | |
| ) | |
| DR. SHIHADEH, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Christopher L. Scruggs, a *pro se* prisoner, filed a motion for preliminary injunction, which I referred to Magistrate Judge Michael G. Gotsch for report and recommendation. (DE 18; DE 21.) Judge Gotsch has now issued a report, in which he recommended that the motion be denied and informed the parties that they had fourteen days to file any written objections. (DE 22; *see also Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999) (explaining that the failure to file a timely objection results in waiver of the right to challenge a report and recommendation).) No party objected.

Accordingly, I **ADOPT** Judge Gotsch's report and recommendation (DE 22), and Scruggs' motion for preliminary injunction (DE 18) is **DENIED**.

**SO ORDERED.**

ENTERED: June 28, 2017.

                                         s/ Philip P. Simon
                                         JUDGE, UNITED STATES DISTRICT COURT